===================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
-------------------------------------------------------------------

No. 214   SSM 17
Matter of Joseph D. Candino, Jr.,
            Appellant,
        v.
Starpoint Central School
District, et al.,
            Respondents.

        Submitted by John A. Collins, for appellant.
        Submitted by Louis B. Dingeldey, Jr., for respondents
Starpoint Central School District et al.
        Submitted by Jenna W. Klucsik, for respondents Iroquois
Central School District et al.
        Submitted by Jeremy A. Colby, for respondents West
Seneca Central School District et al.


*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *


On review of submissions pursuant to section 500.11 of the Rules,
order affirmed, with costs.  The Appellate Division did not abuse
its discretion in denying claimant's application to file and
serve a late notice of claim (see General Municipal Law § 50-e
[5]; Williams v Nassau County Med. Ctr., 6 NY3d 531 [2006]).
Chief Judge Lippman and Judges Graffeo, Read, Smith, Pigott,
Rivera and Abdus-Salaam concur.


Decided September 4, 2014